# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON,<br><br>Plaintiff,<br><br>v.<br><br>GAMOLY, et al.,<br><br>Defendants. | No. 2:16-CV-2361-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 17, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 17, 2020, are adopted in full;

2. Defendants Blackford, Dollarhide, Clark, Mier, and Fox are dismissed from this action; and

3. This action shall proceed solely against defendant Gamoly.

DATED: July 27, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE